**No. 48441.**—Protests 34179–K, etc., of Arthur G. Dunn et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48442.**—Protests 20592–K, etc., of Cassone & Tos, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that certain of the cheese is similar to that involved in *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706, and Abstract 42146) the court made an allowance of 2½ percent for the weight of the foreign substances covering the cheese, and as to Reggiano cheese similar to that involved in *Scaramelli* v. *United States* (C. D. 706, *supra*) an allowance of 1 percent was made. The protests were sustained to this extent.

**No. 48443.**—Protests 67239–K, etc., of A. J. Mills & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48444.**—Protests 954269–G, etc., of Austin Nichols & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48445.**—Protests 798357–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48446.**—Protests 994486–G, etc., of Austin Nichols & Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48447.**—Protests 85029–K, etc., of British American Distillers et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 28, 1943

**No. 48448.**—Protests 59193–K, etc., of Wax Museum, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.